CHASE MANHATTAN BANK *v.* CDC FINANCIAL CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 705 (AC 18031), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Stuart D. Rosen* and *Ann M. Siczewicz*, in support of the petition.

*Howard L. Siegel* and *Jonathan J. Kane,* in opposition.

Decided October 21, 1999